UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARTIN AKERMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAESAR GARDUNO, BRETT BASLER, et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-01602-GMN-EJY<br><br>**ORDER** |

Before the Court are Plaintiff's Motions for Pro Se Litigant to File Electronically and Request for 60-Day Extension to Retain Counsel. ECF Nos. 4, 5.

Under Local Rule IC 2-1(b), a "pro se litigant may request the court's authorization to register as a filer in a specific case." The Court finds Plaintiff's request to file electronically is moot because he filed the required Consent for Electronic Service of Documents. *See* ECF No. 6. With respect to Plaintiff's Motion seeking a 60-day Extension to Retain Counsel (ECF No. 5), the Court advises Plaintiff that he may retain counsel at any time during the proceedings. Plaintiff does not need permission of the Court to do so. The Court advises that because Plaintiff seeks to proceed *in forma pauperis*, his Complaint will be screened under 28 U.S.C. § 1915.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's Motions for Pro Se Litigant to File Electronically (ECF No. 4) and 60-day Extension to Retain Counsel (ECF No. 5) are DENIED as moot.

Dated this 4th day of September, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1