UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARTIN AKERMAN, | Case No. 2:24-cv-01602-GMN-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| CAESAR GARDUNO, BRETT BASLER, et al., | |
| Defendants. | |

On October 8, 2024, the Court entered an Order and Report and Recommendation, which the District Judge adopted in full on November 7, 2024. ECF Nos. 17, 27. The October 8th Order provided Plaintiff through and including November 8, 2024 to file an amended complaint. No amended complaint was filed on November 8th; nor has any amended complaint been filed as of the date of this Order. However, because the Court's adoption of the Report and Recommendation was issued on November 7, 2024, the undersigned *sua sponte* extends the date by which Plaintiff must file an amended complaint. Plaintiff is advised that if no amended complaint is filed **on or before November 22, 2024**, the Court will recommend dismissal of this action in its entirety.

IT IS SO ORDERED this 12th day of November, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1