UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARTIN AKERMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>CAESAR GARDUNO, BRETT BASLER, et al.,<br><br>  Defendants. | Case No. 2:24-cv-01602-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Ex Parte Motion for Leave to File Documents Under Seal. ECF No. 30. The Motion seeks sealing and an extension of time to file an amended complaint. What exactly it is that Plaintiff seeks to seal is unclear; however, there is nothing in Plaintiff's instant filing that is properly sealed. To the extent Plaintiff seeks an extension to file an amended complaint, the Court twice previously extended the date for such filing. Nevertheless, the Court reviewed the docket and finds at one time Plaintiff requested the Court set the due date for filing his amended complaint as December 19, 2024. While the reasoning for this request was somewhat muddled, the Court extends the due date for filing an amended complaint **one more time** to **December 19, 2024**. No further extensions will be granted as this will give Plaintiff a total of approximately 60 days within which to file his amended complaint.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion for Leave to File Documents Under Seal (ECF No. 30) is GRANTED in part and DENIED in part as stated above.

IT IS FURTHER ORDERED that the Clerk of Court must unseal ECF No. 30.

Dated this 14th day of November, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1