UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARTIN AKERMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>CAESAR GARDUNO, BRETT BASLER, et al.,<br><br>  Defendants. | Case No. 2:24-cv-01602-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Extension of Time to File Second Amended Complaint. ECF No. 52. Plaintiff makes multiple requests in his Motion. Plaintiff is granted **one** additional extension within which to file his Second Amended Complaint. No further extensions will be granted. Plaintiff's Motion for Appealable Order (ECF No. 51) remains pending before District Judge Navarro.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to File Second Amended Complaint (ECF No. 52) is GRANTED to the extent that he is given **one** additional extension of time within which to file his Second Amended Complaint. That extension is to **March 3, 2025**. No further extensions will be granted. If a Second Amended Complaint is not filed by or before this date, the Court will recommend this matter be dismissed in its entirety without prejudice.

Dated this 5th day of February, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE